# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>A UPS Ground parcel bearing tracking number 1Z546R120331216490 | )<br>)<br>) Case No. 8:23-MJ-00549-DUTY<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: <u>October 26, 2023, at 4:00 pm</u>     _____
                                                                                                                        *Judge's signature*

City and state:    <u>Santa Ana, California</u>         <u>Honorable Douglas F. McCormick, U.S. Magistrate Judge</u>
                                                                                                              *Printed name and title*

AUSA: <u>N. Kiss (x3539)</u>

# Return

| Case No.:<br>8:23-MJ-00549-DUTY | Date and time warrant executed:<br>11/01/2023  1100 | Copy of warrant and inventory left with:<br>HSI |
|---|---|---|

Inventory made in the presence of:
HSI  TFO NICK MCDERMOTT & SA ANGEO

Inventory of the property taken and name of any person(s) seized:

UPS GROUND PARCEL # 1Z546R120331216490

— $10,000 U.S. CURRENCY

— PACKAGING MATERIAL

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/1/2023

*Executing officer's signature*

EDWARD ANGEO / SPECIAL AGENT - HSI
*Printed name and title*

## ATTACHMENT A

<u>PARCELS TO BE SEARCHED</u>

The following parcel (the "**SUBJECT PARCEL**") detained from the shipping facility on October 20, 2023, are currently in the possession of the Homeland Security Investigations Orange County office in Santa Ana, California:

    a.    **SUBJECT PARCEL** is a UPS Ground parcel bearing tracking number 1Z546R120331216490. **SUBJECT PARCEL** is a brown cardboard box weighing approximately 7 pounds. **SUBJECT PARCEL** is addressed to "ALEX HOANG" at "568, 16458 BOLSA CHICA ST, HUNTINGTON BEACH CA 92649-2603." The sender address listed on the **SUBJECT PARCEL** is "KARLY CARTER" at "THE UPS STORE #4196, STE 440, 4315 COPERCE DR, LAFAYETTE, IN 47905-3825." The **SUBJECT PARCEL** was shipped on October 17 2023 and tendered from the UPS Store #4196 at 4315 Commerce Drive, Suite 440, Lafayette, Indiana 47905-3825.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from the **SUBJECT PARCEL** described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution and possession with intent to distribute a controlled substance), and § 846 (conspiracy to distribute and possess with intent to distribute a controlled substance):

    a.    Any controlled substances, including marijuana;

    b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.    Any associated packaging material.